HELEN K. LEVIN ET AL. *v.* BARBARA C. COMBS ET AL.
(8351)

SPALLONE, O'CONNELL and NORCOTT, Js.

Argued March 7—decision released March 14, 1990

*S. Benedict Levin,* pro se, with whom, on the brief, was *Helen K. Levin,* pro se, the appellants (plaintiffs).

*Thomas W. Beecher,* for the appellees (defendants).

PER CURIAM. The plaintiffs' claims of error attack the factual findings of the trial court. On the basis of the record furnished us, we cannot determine that the trial court's factual findings are clearly erroneous, or that its decision is otherwise erroneous in law. Practice Book § 4061.

There is no error.